# Court of Appeals
# of the State of Georgia

ATLANTA, January 12, 2016

*The Court of Appeals hereby passes the following order*

**A16D0201. EMILIO JARONNE FLENTALL v. THE STATE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

07CR17 12CR46 13CR204 07CR113 07CR114



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, January 12, 2016.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*